# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF ILLINOIS *ex rel.* KELSI CHICK, KASEY LAMINACK, and RANDY HINDMAN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  3:14-cv-00369-DRH-PMF |
| MAQBOOL AHMAD, M.D., KEITH TYHURST, O.D., MARION EYE CENTER, LTD., MARION EYE SURGERY CENTER, LLC, OMAR AHMAD, M.D., and FAISAL AHMAD, M.D., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the relators' motion for voluntary dismissal without prejudice (Doc. 22). The United States of America and the State of Illinois have responded and state that they consent to the without prejudice dismissal of this action (Doc. 24). Having considered the pleadings, the Court

-1-

hereby **GRANTS** the relators' motion to voluntarily dismiss without prejudice (Doc. 22). The matter is dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 16th day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.16 10:22:16 -05'00'

**United States District Court**